1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JIMMY TORRES,                              No. CV 24-5771-WDK(E)

12       Petitioner,

13   v.                                       ORDER ACCEPTING FINDINGS,

14 WARDEN BIRKHOLZ,                           CONCLUSIONS AND RECOMMENDATIONS

15       Respondent.                          OF UNITED STATES MAGISTRATE JUDGE

16

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein

19 and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court

20 has engaged in a de novo review of those portions of the Report and Recommendation to which any

21 objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and

22 Recommendation.

23

24       IT IS ORDERED that:  (1) the Report and Recommendation of the United States Magistrate

25 Judge is accepted and adopted; and (2) Judgment shall be entered denying and dismissing the Petition

26 with prejudice.

27 / / /

28 / / /

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and all counsel of record.

IT IS SO ORDERED.


DATED:  April 15, 2025



_____

WILLIAM D. KELLER

UNITED STATES DISTRICT JUDGE