# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY TORRES, | No. CV 24-5771-WDK(E) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN BIRKHOLZ, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 15, 2025

_____
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE